Decided April 13, 2004

### JOHN DEMORAIS ET AL. *v.* JOSEPH WISNIOWSKI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 81 Conn. App. 595 (AC 23303), is denied.

*Wanda L. Wisniowski,* in support of the petition.

*Joseph B. Burns,* in opposition.

Decided April 13, 2004